# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN SPROLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 C 04131 |
| | ) | |
| THE NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA; and JOSEPH M. PEREZ, in his individual and official capacity as Metra Chief of Police, | ) ) ) ) ) ) ) | Judge John J. Tharp, Jr. |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on a motion to dismiss, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra and Joseph M. Perez and against plaintiff Shawn Sproles. Defendants shall recover costs from Plaintiff.

Dated: June 4, 2021

John J. Tharp, Jr.
United States District Judge